NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CAROLYN AT CLEARWATER, LLC,    )
                                )
        Appellant,              )
                                )
v.                              )        Case No. 2D17-4724
                                )
GA CLEARWATER, LLC,             )
                                )
        Appellee.               )
_____ )

Opinion filed February 1, 2019.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Pinellas County;
Pamela A.M. Campbell, Judge.

Steven E. Gurian of Marin, Eljaiek, Lopez
& Martinez, P.L., Coconut Grove, for
Appellant.

Michael P. Silver and Ella A. Shenhav
of Shutts & Bowen LLP, Tampa, for
Appellee.


PER CURIAM.


        Affirmed.


CASANUEVA, KELLY, and ATKINSON, JJ., Concur.